# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Charles Robert Isadore Hockenberg**<br>DOB: xx/xx/1991<br>United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**18-08973MJ** |

Complaint for violation of Title 18 United States Code § 922(g)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about October 25, 2018, at or near Tucson, in the District of Arizona, **Charles Robert Isadore Hockenberg** having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: one Savage Arms, model Mark II, .22 caliber rifle; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 25, 2018, agents from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) served a federal search warrant at the residence of **Charles Robert Isadore Hockenberg** in Tucson, Arizona. During the service of the search warrant, agents located a firearm - a Savage Arms, model Mark II, .22 caliber rifle with serial number 2610446 - in **Hockenberg**'s bedroom. **Hockenberg** was observed walking from the direction of his bedroom immediately prior to the discovery of the firearm, and documents in **Hockenberg**'s name were also found in the same bedroom. On June 25, 2013, **Hockenberg** was convicted of a class 6 undesignated felony, which is an offense punishable by more than one year imprisonment, in Pima County Superior Court, Tucson, Arizona. According to court documents (specifically an Order of Discharge from Probation dated July 5, 2017), **Hockenberg**'s offense remained undesignated and his civil rights were not restored. Preliminary examination of the firearm by an ATF interstate nexus expert indicates that the firearm possessed by **Hockenberg** was not manufactured in Arizona, thus affecting interstate or foreign commerce.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>REVIEWED by AUSA Angela W. Woolridge | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>ATF Special Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 26, 2018 |

1) See Federal rules of Criminal Procedure Rules 3 and 54